PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Allen Neal Conaway**          Case Number: **CR 1-01-56**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **January 17, 2002**

Original Offense: **Making False Statements to the United States Department of Transportation**

Original Sentence: **3 years probation**

Type of Supervision: **Probation**          Date Supervision Commenced: **January 17, 2002**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The defendant shall pay restitution in the amount of $9,920. | To date, Conaway has paid $750 toward restitution. A balance of $9,170 remains due. The balance will not be paid prior to the expiration of his term of probation. |

U.S. Probation Officer Action:

Throughout his term of probation, Conaway has been cooperative. During his period of probation, his house was foreclosed upon. He is 63 years old and now lives in a rented apartment in Wilmington, Ohio. He is in poor health. His primary source of income is Social Security Disability. Conaway has diligently paid $25 per month toward restitution throughout his period of probation.

The victim of Conaway's criminal conduct has been advised of their right to pursue the collection of restitution through civil procedures. Although extending the period of probation is an option, this officer believes that the continued supervision of Conaway is not necessary and the likelihood of collecting any meaningful amount of restitution is minimal.

PROB 12A
(12/98)

2

For these reasons, it is respectfully recommended that Conaway's period of probation be permitted to expire on January 16, 2005, although restitution will not be paid in full.

by   Respectfully submitted,
     *Teresa Alford*
     Teresa Alford
     U. S. Probation Officer
     Date:   December 2, 2004

by   Approved,
     *John C. Cole*
     John C. Cole
     Supervising U. S. Probation Officer
     Date: 12-3-04

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

12/3/04
Date